**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Petitioner-Appellee, | ) | |
| | ) | |
| v. | ) | No. 21-1052 |
| | ) | |
| T.J. WATSON, Warden, et al., | ) | |
| | ) | |
| Respondents-Appellants. | ) | |

**ENTRY OF APPEARANCE**

Respondents-Appellants notify this Court and all parties that Special Assistant United States Attorney J. Benton Hurst hereby enters his appearance as counsel for the Respondents-Appellants.

Respectfully submitted,

JOHN CHILDRESS
Acting United States Attorney

By /s/ *J. Benton Hurst*

J. BENTON HURST
Special Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122
Fax: (816) 426-5186
E-mail: John.Hurst@usdoj.gov

*Attorneys for Respondents-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Kelley J. Henry
Amy D. Harwell
Office of the Federal Public Defender
810 Broadway
Suite 200
Nashville, TN 37203

Lisa Nouri
2526 Holmes St.
Kansas City, MO 64108

*Attorneys for Petitioner-Appellee*

/s/ *J. Benton Hurst*
J. Benton Hurst
Special Assistant United States Attorney