# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 12, 2021

*By the Court:*

| | |
|---|---|
| No. 21-1052 | LISA MARIE MONTGOMERY,<br>Petitioner - Appellee<br><br>v.<br><br>T. J. WATSON, Warden of USP Terre Haute, IN, et al.,<br>Respondents - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:21-cv-00020-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

Upon consideration of the **EMERGENCY MOTION TO VACATE DISTRICT COURT'S ORDER STAYING MONTGOMERY'S EXECUTION**, filed on January 12, 2021, by counsel for the appellants,

**IT IS ORDERED** that counsel for Montgomery shall file a response to the motion no later than 12:00 pm central time on January 12, 2021.

form name: **c7_Order_BTC**(form ID: **178**)