(ORDER LIST: 592 U.S.)

TUESDAY, JANUARY 12, 2021

ORDER IN PENDING CASE

20A124 MONTGOMERY, LISA M. V. WATSON, WARDEN, ET AL.

The application for stay of execution of sentence of death presented to Justice Barrett and by her referred to the Court is denied.

Justice Breyer, Justice Sotomayor, and Justice Kagan would grant the application.